Miles D. Grant (SBN 89766)
THE GRANT LAW FIRM
1331 India Street
San Diego, California 92101
Telephone: 619-233-7078
Facsimile:  619-233-7036
E-Mail:  miles@grantlawyers.com

Gregory F. Ahrens (*Pro Hac Vice*)
Brett A. Schatz (*Pro Hac Vice*)
**WOOD, HERRON & EVANS, L.L.P.**
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202
Telephone:  513-241-2324
Facsimile:    513-241-6234
E-Mail:  gahrens@whepatent.com
            bschatz@whepatent.com

Attorneys for Plaintiff
PRESIDIO COMPONENTS, INC.

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDIO COMPONENTS, INC. ) | Case No.  3:14-cv-02061-H-BGS |
| ) | |
| Plaintiff, ) | **PRESIDIO COMPONENTS,** |
| ) | **INC.'S ANSWER TO** |
| v. ) | **DEFENDANT'S** |
| ) | **COUNTERCLAIM** |
| AMERICAN TECHNICAL ) | |
| CERAMICS CORP., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff Presidio Components, Inc. ("Presidio") by and through its counsel, herein replies to the numbered paragraphs of Defendant American Technical Ceramics Corp.'s ("ATC") Counterclaim ("Counterclaim"):

1.     Presidio is without knowledge sufficient to form a belief as to the truth of the allegations of paragraph 1 of the Counterclaim and, therefore, denies such allegations.

2.     Presidio admits the allegations of Paragraph 2 of the Counterclaim.

3.     Presidio admits the allegations of Paragraph 3 of the Counterclaim.

4.     Presidio admits the allegations of Paragraph 4 of the Counterclaim.

5.     In response to paragraph 5 of the Counterclaim, Presidio admits that there is an actual controversy between Presidio and ATC with respect to infringement of Claims 1, 3, 5, 16, 18, and 19 of the '356 patent.  Presidio denies the remaining allegations of paragraph 5 of the Counterclaim.  Due to res judicata, there is no actual controversy between Presidio and ATC with respect to validity.

6.     Presidio incorporates by reference its responses to the allegations of Paragraph 1 - 5 of the Counterclaim.

7.     Presidio denies the allegations of Paragraph 7 of the Counterclaim.

8.      Presidio denies the allegations of Paragraph 8 of the Counterclaim.

9.      Presidio denies the allegations of Paragraph 9 of the Counterclaim.

10.     Presidio denies the allegations of Paragraph 10 of the Counterclaim.

11.     Presidio incorporates by reference its responses to the allegations of Paragraph 1 - 10 of the Counterclaim.

12.     Presidio denies the allegations of Paragraph 12 of the Counterclaim.

13.     Presidio denies the allegations of Paragraph 13 of the Counterclaim.

14.     Presidio denies the allegations of Paragraph 14 of the Counterclaim.

15.     Presidio denies the allegations of Paragraph 15 of the Counterclaim.

16.     Presidio denies the allegations of Paragraph 16 of the Counterclaim.

### FIRST AFFIRMATIVE DEFENSE

17.     ATC's counterclaim for invalidity, Count Two, is barred by res judicata.

WHEREFORE, Plaintiff Presidio Components, Inc. prays:

A.     ATC's Counterclaim be dismissed with prejudice and that judgment be entered for Presidio;

B.     Presidio be awarded its costs and attorneys fees in defending against ATC's Counterclaim;

C.     For such other and further relief as the Court deems just and proper.


Dated:  November 25, 2014                    Respectfully submitted,

                                             WOOD, HERRON & EVANS L.L.P.

                                             By:  s/ Brett A. Schatz
                                                  Gregory F. Ahrens
                                                  Brett A. Schatz
                                                  Attorneys for Plaintiff
                                                  PRESIDIO COMPONENTS, INC.

4

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Hamilton, State of Ohio, and am not a party to the above-entitled action.

On November 25, 2014, I caused a copy of the following document (s):

### PLAINTIFF PRESIDIO COMPONENTS, INC.'S ANSWER TO DEFENDANT'S COUNTERCLAIM

by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Howard Wisnia, Esq.
MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
3580 Carmel Mountain Road,
Suite 300
San Diego, California 92130

Marvin S. Gittes
Timur E. Slonim
Peter F. Snell
MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
666 Third Avenue
New York, NY  10017

Executed on November 25, 2014 at Cincinnati, Ohio.  I hereby certify that I am admitted Pro Hac Vice to the Bar of this Court, and that the foregoing is true and correct.

s/ Brett A. Schatz
Brett A. Schatz

5