

FILED

APR 1 8 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

PRESIDIO COMPONENTS, INC.

Plaintiff,

v.

AMERICAN TECHNICAL
CERAMICS CORP.,

Defendant.

Case No.  14-cv-2061-H-BGS

JURY VERDICT

Please read the entire verdict form.  When answering the following questions and filling out this Verdict Form, please follow the directions provided.  Your answer to each question must be unanimous.  Some of the questions contain legal terms that are defined and explained in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal terms that appear in the questions below.

## I.   PATENT INFRINGEMENT

On the chart on the next page, please answer the two questions below for each of the accused products (550L, 550S, 550U, and 550Z):

Checking "Yes" below indicates a finding for Presidio.
Checking "No" below indicates a finding for ATC.

1.  Has Presidio proved by a preponderance of the evidence that ATC directly infringed any of the asserted claims of the '356 patent?

2.  Has Presidio proved by a preponderance of the evidence that ATC induced infringement of any of the asserted claims of the '356 patent?

Answer "Yes" or "No" on the next page.

|  | 1. Direct Infringement? | 2. Induced Infringement? |
|---|---|---|
| **550L Capacitor** | | |
| Claim 1 (Independent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 3 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 5 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 16 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 18 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 19 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| **550S Capacitor** | | |
| Claim 1 (Independent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 3 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 5 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 16 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 18 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 19 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| **550U Capacitor** | | |
| Claim 1 (Independent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 3 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 5 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 16 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 18 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 19 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| **550Z Capacitor** | | |
| Claim 1 (Independent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 3 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 5 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 16 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 18 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |
| Claim 19 (Dependent) | Yes ☒   No ☐ | Yes ☒   No ☐ |

## II.   WILLFUL INFRINGEMENT

You are only to decide Question No. 3 on willful infringement, if you found that ATC infringed an asserted claim and checked "Yes" in any of the boxes in Question Nos. 1 or 2.

Checking "Yes" below indicates a finding for Presidio.
Checking "No" below indicates a finding for ATC.

3. Has Presidio proved by clear and convincing evidence that ATC willfully infringed any of the asserted claims of the '356 patent?

Yes ☒   No ☐

## III.   DAMAGES

If you found that ATC did not infringe any asserted claim, then you should not answer the following question.

If you found infringement of at least one claim of the '356 patent, then answer the following question:

4. What amount of lost profit damages, if any, has Presidio proved by a preponderance of the evidence that it would have made but for ATC's infringement of the '356 patent?

Lost Profits: $ 2,166,654.00

5. If Presidio has not proved it is entitled to lost profits for some or all of ATC's infringement of the '356 patent, what amount of damages has Presidio proved by a preponderance of the evidence it is entitled to as a reasonable royalty for those sales not included in lost profits?

a. Per Unit Amount: $_____

b. Total Amount (per unit x number of sales): $_____

## IV. **INVALIDITY**

Regardless of what you found in response to Question Nos. 1-5 above, you must decide Question No. 6 on invalidity of claim 1.

Checking "Yes" below indicates a finding for ATC.
Checking "No" below indicates a finding for Presidio.

6. Has ATC proved by clear and convincing evidence that claim 1 of the '356 patent is indefinite?

CHANGED DUE TO CLORICAL ERROR

Yes ☒   No ☒

Dated: 18 APRIL 2016
San Diego, CA

PRESIDING JUROR
TANYA WALLACE