Howard Wisnia, Esq. (SBN 184626)
E-mail: hwisnia@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501

Marvin S. Gittes, Esq.
E-mail: mgittes@mintz.com
Timur E. Slonim, Esq.
E-mail: tslonim@mintz.com
Peter F. Snell, Esq.
E-mail: psnell@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
666 Third Avenue
New York, NY 10017
Telephone: (212) 692-6800
Facsimile: (212) 983-3115

Ronald E. Cahill, Esq.
E-mail: rcahill@nutter.com
Heather B. Repicky, Esq.
E-mail: hrepicky@nutter.com
NUTTER, MCCLENNEN & FISH, LLP
Seaport West
155 Seaport Boulevard,
Boston, MA 02210
Telephone: (617) 439-2000
Facsimile: (617) 310-9000

Attorneys for Defendant
AMERICAN TECHNICAL CERAMICS CORP.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESIDIO COMPONENTS, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> AMERICAN TECHNICAL CERAMICS CORP., <br><br> Defendant and Counter-Claimant. | Case No. 3:14-cv-02061-H-BGS <br><br> **ATC'S *EX PARTE* APPLICATION TO FILE UNDER SEAL** <br><br> Hearing: 17 June 2016, 10:00 a.m. <br> Courtroom: 15A, 15th Floor <br> Judge: Hon. Marilyn L. Huff |

Pursuant to Civil Local Rule 79.2(c) and paragraph 14 of the Protective Order entered in this case on February 12, 2015 (D.I. 47), American Technical Ceramics Corp. ("ATC") respectfully submits this Application to File Documents Under Seal regarding: (1) ATC's Reply Memorandum Of Points And Authorities In Support Of Its Equitable Defenses Of Estoppel, Intervening Rights, And Laches ("ATC's Equitable Mem."); and (2) Exhibit 2 referenced in ATC's Equitable Mem. ATC respectfully shows the Court as follows:

WHEREAS, the United States District Court for the Southern District of California has specific requirements for filing a document under seal. Pursuant to Civil Local Rule 79.2(c), "[d]ocuments that are to be filed under seal must be accompanied by an order sealing them."

WHEREAS, portions of: (1) ATC's Equitable Mem.; and (2) and Exhibit 2 referenced in ATC's Equitable Mem. contain confidential information, including non-public, confidential information regarding Presidio's products and customers. Only this exhibit and the corresponding references to this confidential information in ATC's Equitable Mem. have been redacted. No public version of Exhibit 2 referenced in ATC's Equitable Mem. is being filed.

Accordingly, ATC respectfully requests the Court to accept (1) ATC's Equitable Mem.; and (2) Exhibit 2 referenced in ATC's Equitable Mem. for filing under seal. ATC will electronically file a redacted copy of ATC's Equitable Mem.

1

and will lodge complete, unredacted copies of ATC's Equitable Mem., and Exhibit 2 referenced in ATC's Equitable Mem. with the Court.

THEREFORE, ATC respectfully submits:

That the Court should issue an Order granting this Application to file under seal: (1) ATC's Equitable Mem.; and (2) Exhibit 2 referenced in ATC's Equitable Mem.

ATC will file a publicly available, redacted version of ATC's Equitable Mem. in conjunction herewith.

Dated: June 13, 2016             MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC

By /s/ *Marvin S. Gittes*
    Marvin S. Gittes
    (mgittes@mintz.com)

Attorneys for Defendant
AMERICAN TECHNICAL CERAMICS CORP.

*OF COUNSEL:*

Marvin S. Gittes, Esq.
E-mail: mgittes@mintz.com
Timur E. Slonim, Esq.
tslonim@mintz.com
Peter F. Snell, Esq.
E-mail: psnell@mintz.com
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
666 Third Avenue
New York, NY 10017
Telephone: (212) 692-6800
Facsimile: (212) 983-3115

Ronald E. Cahill, Esq.

| | |
|---|---|
| 1 | E-mail: rcahill@nutter.com |
| 2 | Heather Repicky, Esq.<br>E-mail: hrepicky@nutter.com |
| 3 | **Nutter, McClennen & Fish, LLP** |
| 4 | Seaport West<br>155 Seaport Boulevard, |
| 5 | Boston, MA 02210 |
|   | Telephone: (617) 439-2000 |
| 6 | Facsimile: (617) 310-9000 |